UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY HUNT,<br><br>Defendant. | No. 2:16-CR-100-RMP-2<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND TO PERMIT TRAVEL |

Before the Court is Defendant's Motion to modify the release conditions to allow her to travel to Ocean Shores, Washington, from Monday August 29, 2016, through September 9, 2016.

Defendant further moves the Court to modify her release conditions to permit travel with the written permission of the United States Probation Office.

Defendant advises that neither the United States nor the United States Probation Office object to Defendant's request.

Defendant's unopposed Motion, **ECF No. 62,** is **GRANTED.**

Defendant may travel to Ocean Shores, Washington, from **August 29, 2016, through September 9, 2016.** She shall advise the U.S. Probation Office of her contact information while she is out of the District.

In addition, condition of release No. 14 is **modified** to the extent that Defendant may travel outside the eastern district of Washington on specific occasions with prior notice to the U.S. Attorney's Office and permission of the U.S. Probation Office.

ORDER - 1

All other terms and conditions of previously-ordered conditions of release not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 22, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2